

# NUMBER 13-19-00325-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MARILU CABRIALES

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Hinojosa, and Perkes
### Order Per Curiam

Relator Marilu Cabriales filed a petition for writ of mandamus in the above cause on June 27, 2019.  Through this original proceeding, relator seeks to compel the trial court to vacate the order of June 14, 2019 denying her motion to transfer and ordering the trial court to grant the motion to transfer and transfer the case to Tom Green County, Texas. *See* TEX. FAM. CODE ANN. § 155.201(b).

The Court requests that the real parties in interest, Francisco Martinez and the Office of the Attorney General, Child Support Division, or any others whose interest would be directly affected by the relief sought, including but not limited to the Office of the

Attorney General, Child Support Division, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of June, 2019.